

**KeyBank**

KeyBank
Judgment Processing
4900 Tiedeman Road
Brooklyn, OH 44144

Tel: (216) 813-7730
Fax: (216) 357-6595

Via Fax/Mail

August 1, 2016

Susan Torres
Assistant US Attorney
US Attorney's Office
Civil Division, Ste 300
99 NE 4th Street
Miami, Florida 33132
Fax #305-530-7139

FILED by _AP_ D.C.
AUG 0 5 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

RE: **United States of America vs. Philip Esformes**
    **Temporary Restraining Order, Case No. 16-23148-CIV-Williams**

Dear Assistant US Attorney Torres,

In response to the above-mentioned Court Order received by KeyBank on July 22, 2016 restraining accounts belonging to Philip Esformes, the following has been determined:

**Philip Esformes**          **No attachable bank accounts, only lease accounts**

If you have any questions, please feel free to contact me at (216) 813-7730.

Sincerely,

Diana J. Holt
SR. ARS Specialist
Account Restraints and Seizures

cc: United States District Court, Southern District of Florida

**Judgment Processing**
OH-01-49-3001
4900 Tiedeman Rd
Brooklyn, OH 44144

CERTIFIED MAIL

7015 1520 0001 2459 3768

USMS INSPECTED
By ___

US District Court
Southern District of Florida
Wilkie D. Ferguson, Jr.
United States Courthouse
Attn: Clerk of Court
400 North Miami Avenue
Miami, FL 33128

33128$7716 C075

U.S. POSTAGE >>PITNEY BOWES
ZIP 44114
02 1W
0001401433 $006.46
AUG 02 2016