UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23148-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ESFORMES,

    Defendant.
_____/

### ORDER EXTENDING TRO AND CONTINUING PRELIMINARY INJUNCTION HEARING

This cause comes before the Court upon the Second Agreed Motion to Extend Temporary Restraining Order and Continue Preliminary Injunction Hearing, filed on August 19, 2016. Having considered the motion, the parties' consent to extension of the TRO, and being otherwise fully advised, it is hereby

**ORDERED and ADJUDGED** that the Temporary Restraining Order entered in this action (DE 11), as subsequently modified (DEs 20, 22, 29), is extended through the close of business on September 23, 2016. The parties shall take notice that this matter shall come before the Court for a preliminary injunction hearing on the 22nd day of September, 2016, at 2:00 p.m., in accordance with the United States' motion for injunctive relief. It is further

**DONE AND ORDERED** at Miami, Florida, this 19th day of August, 2016.

                                                      KATHLEEN M. WILLIAMS
                                                      UNITED STATES DISTRICT JUDGE

cc:    Counsel of record