UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23148-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ESFORMES,

    Defendant.

_____/

**ORDER APPROVING AGREEMENT AS TO INTERIM FINANCIAL MANAGER**

    This cause comes before the Court upon the Agreed Motion of the United States, the Intervenors (*see* DE 14), and Additional Facilities[1] for an Order Approving Agreement As To Interim Financial Manager. The Court previously entered a Temporary Restraining Order (DE 11), and subsequently modified that TRO to release certain of the named accounts for "the operation of the Facilities and the safety and wellbeing of their residents" (DEs 20, 22, 29), with an Interim Manager to be agreed to by the parties to manage those accounts. The parties have now agreed to an Interim Manager and an executed Interim Financial Manager Agreement has been submitted to the Court. Thus, it is hereby

    **ORDERED and ADJUDGED** that the Agreement as to Interim Financial Manager is **APPROVED**.

    **DONE AND ORDERED** at Miami, Florida, this 19th day of August, 2016.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[1] Additional Facilities are Terrace of Kissimmee, LLC and Terrace of St. Cloud, LLC.

cc: Counsel of record