UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23148-CV-WILLIAMS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PHILIP ESFORMES,

      Defendant.
_____/

## Third Agreed Order Modifying Temporary Restraining Order

This matter came on to be heard upon the agreement of the United States and Civil Intervenors'[1,2] The Court, being advised of the agreement, and on the same basis as its Prior Agreed Orders Modifying Temporary Restraining Order [DEs 20, 22, 29], **FINDS** as follows:

---

[1] Adirhu Associates LLC; ADME Investment Partners LTD d/b/a Oceanside Extended Care; ALF Holdings Inc.; Almovea Associates LLC d/b/a North Dade Nursing and Rehabilitation Center; Ayintove Associates LLC d/b/a Harmony Health Center; Courtyard Manor Retirement Investors Ltd.; Courtyard Manor Retirement Living, Inc.; Fair Havens Center, LLC; Eden Gardens LLC; Flamingo Park Manor LLC d/b/a The Pointe; Jene's Retirement Living, Inc. d/b/a North Miami Retirement Living; Kabirhu Associates LLC d/b/a Golden Glades Nursing and Rehabilitation Center; La Hacienda Gardens LLC; Lake Erswin LLC d/b/a South Hialeah Manor; Lauderhill Manor LLC; Morsey LC; The Pointe Retirement Investors Ltd.; Rainbow Retirement Investors Ltd.; Jene's Retirement Investors Ltd.; Sefardik Associates, LLC d/b/a The Nursing Center at Mercy; Sierra ALF Management LLC; and Takifhu Associates LLC d/b/a South Dade Nursing and Rehabilitation Center.

[2] ADME, Sefardik, Ayintove, Fair Havens, Kabirhu, Almovea and Takifhu own and operate skilled nursing facilities ("SNFs"). Courtyard Manor, Flamingo Park, La Hacienda, Lake Erswin, Lauderhill Manor, Eden Gardens, and Jene's Retirement own and operate assisted living facilities ("ALFs"). (Collectively the SNFs and ALFs are herein referred to as ("the Facilities"). Morsey owns the real property for South Hialeah Manors/Lake Erswin. The Pointe Retirement Investors owns real property for Flamingo Park Manor. Rainbow Retirement Investors owns the real property for La Serena/La Hacienda. Courtyard Manor Retirement

The Fair Havens Center, LLC needs access to the account listed herein for the operation of the facility and the safety and wellbeing of its residents, accordingly

It is **ORDERED AND ADJUDGED** as follows:

The Motion is **GRANTED** with the following instructions:

1. The Temporary Restraining Order [DE 11] ("TRO") is modified to exclude the following account, which shall be deemed to be part of the Subject Accounts in Appendix A to the Court's First Agreed Order: **1st Equity Bank account ending in 0841**, in the name of the Fair Havens Center, LLC (the "Subject Account").

2. Defendant Phillip Esformes is to have no control over the Subject Account and no funds from the Subject Account may flow to him or to anyone else on his behalf.

3. This Court previously approved an Interim Financial Manager Agreement [DE 37]. The Court directs the Interim Manager to ensure compliance with Item 2 of this Order and all other terms of the Interim Financial Manager Agreement with respect to the account at issue in this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, dated this 13th day of September, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to: *Counsel of record*

---

Investors and Jene's Retirement Investors own the real property of their same-named facilities, respectively. Adirhu Associates LLC is a management company which does not operate any ALF or other facility but does books for some of the SNFs. ALF Holdings, Inc. manages the ALFs. Sierra ALF Management LLC manages La Hacienda.