UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-23148-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ESFORMES,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on the Parties' Third Agreed Motion to Extend Temporary Restraining Order, Continue Preliminary Injunction Hearing, and Extend the Time for Defendant to Respond to Complaint (DE 43). Upon review of the motion, the record, and the parties' consent to extension of the Temporary Restraining Order, it is **ORDERED and ADJUDGED** that the Temporary Restraining Order (DE 11), as subsequently modified (DE 20, DE 22, DE 29, DE 41), is extended through the close of business on October 21, 2016. The Parties shall come before the Court for a preliminary injunction hearing on the _13th_ day of _October_, 2016, at _11:00_, _a._ m., in accordance with the United States' motion for injunctive relief. It is further **ORDERED and ADJUDGED** that the Defendant shall have up to November 15, 2016 to respond to the Complaint.

**DONE AND ORDERED** in chambers in Miami, Florida, this 21st day of September, 2016.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE