FILING FEE PAID $75.00
In Forma Pauperis 130366
Steven M. Larimore, Clerk

FILED by AMM D.C.
SEP 30 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23148-CV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ESFORMES,

    Defendant.

_____/

SCANNED

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brian G. Flood of the law firm of Husch Blackwell LLP, 111 Congress Avenue, Suite 1400, Austin, Texas 78701, telephone (512) 370-3443, for purposes of appearance as co-counsel on behalf of Civil Intervenors in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brian G. Flood to receive electronic filings in this case, and in support thereof states as follows:

    1.    Brian G. Flood is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Texas.

    2.    Movant Robert J. Kuntz, Jr., Esq., of the law firm of Devine Goodman Rasco Watts-Fitzgerald LLP, 2800 Ponce de Leon Boulevard, Suite 1400, Miami, Florida 33134, telephone (305) 374-8200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a

member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Brian G. Flood has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Brian G. Flood by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brian Flood at email address: brian.flood@huschblackwell.com.

WHEREFORE, Robert J. Kuntz, Jr., moves this Court to enter an Order permitting Brian G. Flood to appear before this Court on behalf of Civil Intervenors for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brian G. Flood.

Dated this 30 day of September, 2016.

                                              Respectfully Submitted,

                                              _____
                                              Guy A. Rasco, Esq.
                                              Florida Bar No. 727520
                                              grasco@devinegoodman.com
                                              Robert J. Kuntz, Jr., Esq.
                                              Florida Bar No. 94668
                                              rkuntz@devinegoodman.com
                                              **DEVINE GOODMAN RASCO**
                                              **& WATTS-FITZGERALD, LLP**
                                              2800 Ponce de Leon Blvd., Suite 1400
                                              Coral Gables, Florida 33134
                                              Tel: (305) 374-8200
                                              Fax: (305) 374-8208
                                              *Counsel for Civil Intervenors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30 day of September, 2016, the foregoing document was electronically filed with the Clerk of Court by utilizing the CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              _____
                                              Guy A. Rasco, Esq.
                                              Robert J. Kuntz, Jr., Esq.

**Service List**
Susan Torres, Esq.
Assistant United States Attorney
Susan.torres@usdoj.gov
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
Tel: (305) 961-9331
*Counsel for United States of America*

Michael S. Pasano, Esq.
mpasano@carltonfields.com
Marissel Descalzo, Esq.
mdescalzo@carltonfields.com
Carlton Fields
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida  33131
Tel. (305) 530-0050
*Counsel for Philip Esformes*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23148-CV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ESFORMES,

    Defendant.
_____/

## CERTIFICATION OF BRIAN G. FLOOD

Brian G. Flood, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of State Bar of Texas.

_____
Brian G. Flood

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23148-CV-WILLIAMS

UNITED STATES OF AMERICA,

  Plaintiff,
v.

PHILIP ESFORMES,

  Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

**THIS CAUSE** has come before the Court on the Motion to Appear *Pro Hac Vice* for Brian G. Flood, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that the Motion is GRANTED. Brian G. Flood, may appear and participate in this action on behalf of Civil Intervenors. The Clerk shall provide electronic notification of all electronic filings to Brian G. Flood, at brian.flood@huschblackwell.com.

**DONE AND ORDERED** in Chambers, Miami-Dade County, Florida this __ day of September, 2016.

                _____
                UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All counsel of record