UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-23148-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ESFORMES,

    Defendant.

_____/

## ORDER EXTENDING TRO AND CONTINUING PRELIMINARY INJUNCTION HEARING

This cause comes before the Court upon the Defendant's Unopposed Motion to Extend Temporary Restraining Order, Continue Preliminary Injunction Hearing, and for Extension of Time for Defendant to Respond to Complaint, filed on October 11, 2016. Having considered the motion, the parties positions', and being otherwise fully advised, it is hereby

**ORDERED and ADJUDGED** that the Temporary Restraining Order entered in this action (DE 11), as subsequently modified (DEs 20, 22, 29, 41, 47), is extended through the close of business on November 30, 2016. The parties shall take notice that this matter shall come before the Court for a preliminary injunction hearing on the 30th day of December, 2016, at 9:00 a.m., in accordance with the United States' motion for injunctive relief. It is further

**ORDERED and ADJUDGED** that the Defendant shall have up to December 15, 2016 to respond to the Complaint.

**DONE AND ORDERED** at Miami, Florida, this 12th day of October, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE