UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-23148-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ESFORMES,

    Defendant.

_____/

**DEFENDANT'S MOTION**
**TO WAIVE APPEARANCE AT STATUS CONFERENCE**

Defendant, Philip Esformes respectfully requests that the Court waive his appearance at the November 4, 2016 status hearing.

Because Mr. Esformes has been detained prior to trial, attending the status hearing is a hardship. Particularly, each time Mr. Esformes goes to Court he is forced to go the entire day without food because the US Marshals do not provide Kosher meals and FDC Miami will not hold his meals pending his return to the prison.

Counsel has contacted Government counsel, Susan Torres and Jessica Elliot regarding the Government's position on this motion. Counsel was alerted by an out of office automatic reply that both, Ms. Torres and Ms. Elliot, are out of the office for the next two days. As such, counsel has received no response.

Wherefore, Defendant Philip Esformes, respectfully requests that this Court waive his appearance at the November 4, 2016 status conference.

Dated: November 2, 2016

TACHE, BRONIS, CHRISTIANSON AND DESCALZO, P.A.
*Counsel for Philip Esformes*
150 S.E. 2nd Avenue
Suite 600
Miami, Florida 33131
Telephone:   (305) 537-9565
Facsimile:   (305) 537-9567

By:   */s/ Marissel Descalzo*
      Marissel Descalzo
      Florida Bar No. 669318
      mdescalzo@tachebronis.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was served this 2nd day of November, 2016 via CM/ECF.

By:   */s/ Marissel Descalzo*
      Marissel Descalzo