UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-23148-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PHILIP ESFORMES.

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court following a status conference that was held on November 4, 2016 (DE 62). At the status conference, the following deadlines were set on consent of the Parties:

1. The Government shall file an updated list of known accounts that are subject to the proposed preliminary injunction to supplement its pending motion (DE 4) on or before **November 18, 2016**.

2. Defendant shall respond to the Government's motion on or before **December 5, 2016**.

3. The Government shall reply to Defendant's response in opposition to the Government's motion for a preliminary injunction on or before **December 23, 2016**.

In addition to these dates, it is **ORDERED AND ADJUDGED** that:

1. The Temporary Restraining Order that has been entered in this case (DE 11, as modified by DE 20, DE 22, DE 29, and DE 41) is extended through **January 30, 2017**, on consent of the Parties.

2. The preliminary injunction hearing that was previously set for November 18, 2016 at 2:00 p.m. is continued until **January 27, 2016 at 9:00 a.m.**

**DONE AND ORDERED** in chambers in Miami, Florida, this 7th day of November, 2016.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE