UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23148-CV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ESFORMES,

    Defendant.
_____/

## Order Modifying Temporary Restraining Order

THIS MATTER came on to be heard upon Civil Intervenors'[1] Motion to Modify Temporary Restraining Order [DE 66]. The Court, having reviewed the motion and being advised in the premises it is **ORDERED AND ADJUDGED** as follows:

The Motion is **GRANTED** and the Temporary Restraining Order [DE 11] is modified in accord with the following instructions:

1. The following entities may transfer the balance in the respective Optimum Bank accounts to the respective Brickyard Bank accounts, and will notify the United States immediately upon doing so of the amount transferred into each respective account.

---

[1] Adirhu Associates LLC; ADME Investment Partners LTD d/b/a Oceanside Extended Care; ALF Holdings Inc.; Almovea Associates LLC d/b/a North Dade Nursing and Rehabilitation Center; Ayintove Associates LLC d/b/a Harmony Health Center; Courtyard Manor Retirement Investors Ltd.; Courtyard Manor Retirement Living, Inc.; Fair Havens Center, LLC; Eden Gardens LLC; Flamingo Park Manor LLC d/b/a The Pointe; Jene's Retirement Living, Inc. d/b/a North Miami Retirement Living; Kabirhu Associates LLC d/b/a Golden Glades Nursing and Rehabilitation Center; La Hacienda Gardens LLC; Lake Erswin LLC d/b/a South Hialeah Manor; Lauderhill Manor LLC; Morsey LC; The Pointe Retirement Investors Ltd.; Rainbow Retirement Investors Ltd.; Jene's Retirement Investors Ltd.; Sefardik Associates, LLC d/b/a The Nursing Center at Mercy; Sierra ALF Management LLC; and Takifhu Associates LLC d/b/a South Dade Nursing and Rehabilitation Center.

| **OPTIMUM ACCT** | **ENTITY** | **BRICKYARD ACCT** |
|---|---|---|
| #######788 | Rainbow Retirement Investors Limited | ####9301 |
| #######770 | The Pointe Retirement Investors Limited | ####9201 |
| #######812 | Jenes Retirement Inv's Limited | ####9701 |
| #######804 | Courtyard Manor Retirement Inv's Ltd | ####9601 |
| #######796 | Morsey LC | ####9501 |

2. Defendant Phillip Esformes is to have no control over any of the accounts and no funds from the accounts may flow to him or to anyone else on his behalf.

3. This Court previously approved an Interim Financial Manager Agreement [DE 37]. The Court directs the Interim Manager to ensure compliance with Item 2 of this Order and all other terms of the Interim Financial Manager Agreement with respect to the account at issue in this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, dated this _____ day of _____, 2016.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to: *Counsel of record*