UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-23148-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PHILIP ESFORMES.

    Defendant.
_____/

## ORDER SETTING HEARING

**THIS MATTER** is before the Court on the Government's motion for extension of time to respond to Defendant's motion to dismiss (DE 84) and Defendant's motion to continue the preliminary injunction hearing currently set for January 27, 2017 (DE 85). The Defendant's motion indicates that "Defendant has no objection" to the Government's motion (DE 85 at 1), and the Government's motion states that it "would not oppose . . . a continuance if Esformes needed additional time to prepare and the TRO were extended accordingly" (DE 84 at 4).

As such, upon review of the motion and the record it is **ORDERED AND ADJUDGED** as follows:

    1.    The Government's motion (DE 84) is **GRANTED** insofar as it seeks to extend the deadline for responding to Defendant's motion to dismiss. The Government's response will be due on or before **February 7, 2017**.

    2.    Defendant's motion (DE 85) is **GRANTED** insofar as it seeks to continue the preliminary injunction hearing. The preliminary injunction hearing

previously set for January 27, 2017 is hereby reset for **March 20, 2017**, on consent of both Parties.

3. The Temporary Restraining Order that is currently in place will be extended through **March 24, 2017**, on consent of both Parties.

**DONE AND ORDERED** in chambers in Miami, Florida, this 23rd day of January, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE