UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23148-CV-WILLIAMS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PHILIP ESFORMES,

       Defendant.
_____/

## AGREED MOTION TO MODIFY TEMPORARY RESTRAINING ORDER

The Intervenors[1] hereby request an additional modification to the Temporary Restraining Order [DE 11] ("TRO"). The TRO was modified on 26 July 2016 [DE 20] with respect to, *inter alia*, two facility accounts at Bank of America:

- ######0551   Resident trust account for Oceanside
- ######2146   Resident trust account for Oceanside

In correspondence on 24 January 2017, Bank of America advised these accounts – among others – are being closed effective 28 February 2017, along with account #######9181, the

---

[1] Adirhu Associates LLC; ADME Investment Partners LTD d/b/a Oceanside Extended Care; ALF Holdings Inc.; Almovea Associates LLC d/b/a North Dade Nursing and Rehabilitation Center; Ayintove Associates LLC d/b/a Harmony Health Center; Courtyard Manor Retirement Investors Ltd.; Courtyard Manor Retirement Living, Inc.; Fair Havens Center, LLC; Eden Gardens LLC; Flamingo Park Manor LLC d/b/a The Pointe; Jene's Retirement Living, Inc. d/b/a North Miami Retirement Living; Kabirhu Associates LLC d/b/a Golden Glades Nursing and Rehabilitation Center; La Hacienda Gardens LLC; Lake Erswin LLC d/b/a South Hialeah Manor; Lauderhill Manor LLC; Morsey LC; The Pointe Retirement Investors Ltd.; Rainbow Retirement Investors Ltd.; Jene's Retirement Investors Ltd.; Sefardik Associates, LLC d/b/a The Nursing Center at Mercy; Sierra ALF Management LLC; and Takifhu Associates LLC d/b/a South Dade Nursing and Rehabilitation Center.

payroll account for Oceanside Extended Care. A copy of the letter is attached as Exhibit "A". With the agreement of the United States, Intervenors have located a substitute bank and have opened accounts there into which the funds at issue, and funds from other Bank of America accounts, can be deposited and through which they can operate.

The new accounts are to be held at:

The Private Bank
120 South LaSalle
Chicago Ill. 60603

The current account holders and numbers, new account numbers and the amounts to be transferred, with approval of this Motion, are as follows:

| Account holder | BofA Account # | New acct type | New acct #[2] | Transfer amt | Remaining BofA Balance[3] |
|---|---|---|---|---|---|
| **Oceanside** Resident trust Resident trust | ######0551 ######2146 | Resident trust | ####1306[4] | $200,000[5] | $1,705.95 00.00 |
| Payroll | ######9181 | Payroll | ######9677 | 00.00[6] | 4,596.26 |
| **Fair Haven** | ######7170 | Operating Payroll | ######9693 ######1872 | 100,000.00 365,000.00 | 384,239.80 |
| **Harmony** | ######6102 | Operating Payroll | ######5924 ######9404 | 100,000 286,000 | 710,489.39 |
| **Oceanside** | ######3409 | Operating | ######6965 | 1,277,000 | 29,126.74 |

---

[2] Complete account numbers have been provided to the United States.

[3] These figures relate to the amounts available as of 21 February 2017.

[4] The two existing resident trust accounts will be combined into a single account.

[5] The two existing Resident Trust accounts will be combined into a single account.

[6] This payroll account is currently empty.

2

Accordingly, the Intervenors and the United States request the TRO be modified to allow the balances from Bank of America to be transferred to The Private Bank, with the accounts be subject to all the terms the TRO as modified by the Agreed Order Modifying the TRO [DE 20].

**The United States, through Assistant United States Attorney Susan Torres, consents to the relief in this Motion, including to the transfer of the funds from Bank of America accounts to the Private Bank accounts, with those accounts to be subject to all the terms of the TRO as modified by the Court's subsequent Orders.**

Dated this 27 day of February, 2017.

Guy A. Rasco, Esq., F.B.N. 727520
grasco@devinegoodman.com
Robert J. Kuntz, Jr., Esq., F.B.N. 94668
rkuntz@devinegoodman.com
DEVINE GOODMAN RASCO
& WATTS-FITZGERALD, LLP
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, Florida 33134
Tel: (305) 374-8200; Fax: (305) 374-8208
*Counsel for Civil Intervenors*

And

Harvey M. Tettlebaum Esq.
Husch Blackwell, LLP
235 East High Street
P.O. Box 1251
Jefferson City, MO 65102-1251
Email: harvey.tettlebaum@huschblackwell.com
*Appearing Pro Hac Vice*

Brian G. Flood, Esq.
Husch Blackwell, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
Email: brian.flood@huschblackwell.com
*Appearing Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27 day of February, 2017, the foregoing document was electronically filed with the Clerk of Court by utilizing the CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

Robert J. Kuntz, Jr., Esq.

**Service List**

Susan Torres, Esq.
Assistant United States Attorney
Susan.torres@usdoj.gov
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
Tel: (305) 961-9331
*Counsel for United States of America*

Michael S. Pasano, Esq.
mpasano@carltonfields.com
Carlton Fields
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida 33131
Tel: (305) 530-0050
*Counsel for Philip Esformes*

Marissel Descalzo, Esq.
Tache, Bronis, Christianson and Descalzo, P.A.
150 S.E. Second Ave., Suite 600
Miami, FL 33131
Tel: (305) 537-9565
Email: mdescalzo@tachebronis.com
*Counsel for Philip Esformes*

Roy Eric Black, Esq.
Howard Milton Srebnick, Esq.
Jackie Perczek, Esq.
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, FL 33131
Tel (305) 371-6421
Email: rblack@royblack.com
Email: HSrebnick@RoyBlack.com
Email: JPerczek@royblack.com

*Counsel for Philip Esformes*