# EXHIBIT A

**Bank of America**
**Merrill Lynch**

January 24, 2017

A.D.M.E. Investment Partners LTD
DBA Oceanside Extended Care Center
6865 N Lincoln Ave
Lincolnwood, IL  60712-4611

RE: Closure of your Bank of America N.A. Relationship

Bank of America N.A. (the "Bank") has recently completed a review of your relationship with the Bank. As you are aware, your agreements with the Bank allow either party to unilaterally exit the relationship at any time, upon the required notice. The Bank has determined that it wishes to close your relationship (accounts and services) in accordance with the deadlines outlined below. This letter constitutes our notice of termination of all accounts and services.

We will close the following Bank of America N.A. account(s) and terminating any and all treasury management services utilized by you, effective February 28, 2017.

xxxxxxxx0551
xxxxxxxx2146
xxxxxxxx9181

On and after that date, we will not honor any withdrawals, funds transfers, checks or other transactions with respect to the account with the exception of any checks as to which we are a holder in due course and which have not been posted against your account(s) prior to the closure date.

It is your responsibility to contact any company that makes electronic debits or credits to your account(s) to make other arrangements. In the meantime, we will pay checks and release funds against the account(s) only upon our verification of sufficient collected and available funds in the account(s). Any checks or funds transfer requests that will result in a negative collected and available balance in the account(s) will be returned.

Shortly after any account is closed, the Bank will send a check to the address of record for the remaining positive balance, unless you and the Bank agree on an alternative method of payment. Any checks or other funds transfer requests received after the closure date will be returned "Account Closed".

**Bank of America**
**Merrill Lynch**

January 24, 2017

A.D.M.E. Investment Partners LTD
DBA Oceanside Extended Care Center
6865 N Lincoln Ave
Lincolnwood, IL  60712-4611

RE: Closure of your Bank of America N.A. Relationship

Continued

Your obligations under our account agreement, the Treasury Services Terms and Conditions (if applicable), and any other agreement which arise prior to closure of the account(s) will survive the closure.

Sincerely,


Account Closures Team
Please contact your sales team associate for any further details needed.

Page 2 of 2

Bank of America Merrill Lynch" is the marketing name for the global banking and global markets businesses of Bank of America Corporation. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., member FDIC. Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch Professional Clearing Corp., both of which are registered broker-dealers and members of SIPC, and, in other jurisdictions, by locally registered entities. Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch Professional Clearing Corp. are registered as futures commission merchants with the CFTC and are members of the NFA. Investment products offered by Investment Banking Affiliates: Are Not FDIC Insured • May Lose Value • Are Not Bank Guaranteed. ©2016 Bank of America Corporation.

**Bank of America**
**Merrill Lynch**

January 24, 2017

Fair Havens Center LLC
6865 N Lincoln Ave
Lincoln, IL 60712

RE: Closure of your Bank of America N.A. Relationship

Bank of America N.A. (the "Bank") has recently completed a review of your relationship with the Bank. As you are aware, your agreements with the Bank allow either party to unilaterally exit the relationship at any time, upon the required notice. The Bank has determined that it wishes to close your relationship (accounts and services) in accordance with the deadlines outlined below. This letter constitutes our notice of termination of all accounts and services.

We will close the following Bank of America N.A. account(s) and terminating any and all treasury management services utilized by you, effective February 28, 2017.

xxxxxxxx7210   *Payroll*

On and after that date, we will not honor any withdrawals, funds transfers, checks or other transactions with respect to the account with the exception of any checks as to which we are a holder in due course and which have not been posted against your account(s) prior to the closure date.

It is your responsibility to contact any company that makes electronic debits or credits to your account(s) to make other arrangements. In the meantime, we will pay checks and release funds against the account(s) only upon our verification of sufficient collected and available funds in the account(s). Any checks or funds transfer requests that will result in a negative collected and available balance in the account(s) will be returned.

Shortly after any account is closed, the Bank will send a check to the address of record for the remaining positive balance, unless you and the Bank agree on an alternative method of payment. Any checks or other funds transfer requests received after the closure date will be returned "Account Closed".

**Bank of America**
**Merrill Lynch**

January 24, 2017

Fair Havens Center LLC
6865 N Lincoln Ave
Lincoln, IL 60712

RE: Closure of your Bank of America N.A. Relationship

Continued

Your obligations under our account agreement, the Treasury Services Terms and Conditions (if applicable), and any other agreement which arise prior to closure of the account(s) will survive the closure.

Sincerely,


Account Closures Team
Please contact your sales team associate for any further details needed.

Page 2 of 2

Bank of America Merrill Lynch" is the marketing name for the global banking and global markets businesses of Bank of America Corporation. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., member FDIC. Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch Professional Clearing Corp., both of which are registered broker-dealers and members of SIPC, and, in other jurisdictions, by locally registered entities. Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch Professional Clearing Corp. are registered as futures commission merchants with the CFTC and are members of the NFA. Investment products offered by Investment Banking Affiliates: Are Not FDIC Insured • May Lose Value • Are Not Bank Guaranteed. ©2016 Bank of America Corporation.