UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23148-CIV-WILLIAMS

UNITED STATES OF AMERICA,

v.

PHILIP ESFORMES, et al.,

    Defendants.
_____/

**NOTICE OF FILING STIPULATION REGARDING**
**INTERLOCUTORY SALE OF CERTAIN REAL PROPERTIES**

    The United States of America hereby gives notice that filed, herewith, is a true and correct copy of the executed Stipulation Regarding Interlocutory Sale of Certain Real Properties.

    Respectfully submitted,

    RANDY HUMMEL
    ATTORNEY FOR THE UNITED STATES, acting under the authority conferred by 28 U.S.C. § 515

By:   */s/Susan Torres*
    Susan Torres
    Assistant United States Attorney
    Florida Bar No. 133590
    Jessica Elliott
    Assistant United States Attorney
    Florida Bar No. 89021
    99 N.E. 4th Street, Third Floor
    Miami, Florida   33132
    Telephone: (305) 961-9331
    Facsimile: (305) 530-7139
    susan.torres@usdoj.gov

*Counsel for United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                                */s/ Susan Torres*
                                                                Susan Torres
                                                                Assistant United States Attorney