UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23148-CV-WILLIAMS

UNITED STATES OF AMERICA,

v.

PHILIP ESFORMES,

      Defendant.
_____/

**AGREED MOTION TO APPROVE STIPULATION REGARDING
INTERLOCUTORY SALE OF CERTAIN REAL PROPERTIES**

The United States of America moves that the Court approve the Stipulation Regarding Interlocutory Sale of Certain Real Properties, filed of record at Docket Entry 169-1In support of this motion, the United States respectfully submits:

**Background**

The United States sought and received a Temporary Restraining Order regarding assets owned or controlled, in whole or in part, by Philip Esformes [D.E. 11].  While the Temporary Restraining Order has been modified at various times, the Temporary Restraining Order does encompass various properties owned or controlled by Philip Esformes, individually and/or through certain limited liability companies specifically "6811 NOTXAP, LLC," "7337-43 S. Ridgeland, LLC," "7040-50 S. Merrill, LLC," "6148-52 Sacramento, LLC," 6155-59 S. Sacramento, LLC," "6154-58 S. Richmond, LLC," "6700 S. Claremont, LLC,", "7919-25 South Wood LLC," and "PEJT, LLC."

The properties in question are:

    (a)    6811 South Paxton Avenue, Chicago, Illinois;

    (b)    7337-43 Ridgeland Avenue, Chicago, Illinois;

    (c)       7801 S. Bennett Avenue, Chicago, Illinois;

    (d)       7040-7050 S. Merrill Avenue, Chicago, Illinois;

    (e)       6148-54 S. Sacramento Avenue, Chicago, Illinois;

    (f)       6155-59 S. Sacramento Avenue, Chicago, Illinois;

    (g)       6154-58S. Richmond Avenue, Chicago, Illinois;

    (h)       6710 S. Claremont Avenue, Chicago, Illinois; and

    (i)       7919-25 S. Wood Street, Chicago, Illinois

hereinafter "the Chicago properties." [1]

The United States, the Defendant, Philip Esformes, individually and as majority owner of the limited liability companies, and Jason Tennenbaum, individually and as minority holder of the limited liability companies, have now entered into a Stipulation Regarding Interlocutory Sale of Certain Real Properties [DE 169-1].

## **Relief Sought**

The United States, Esformes and Tennenbaum seek approval of the Stipulation filed of record at Docket Entry 169-1.  Court approval is required under the specific terms of the Stipulation including paragraph 18 and is necessary so that the anticipated marketing and sale of the real properties can take place.   Moreover, such approval is in the interest of justice.

    WHEREFORE, for the foregoing reasons and for good cause shown, the United States

---

[1] The Chicago properties are owned by Defendant Esformes with Jason Tennenbaum, his brother-in-law, through separate limited liability companies identified above.  Mr. Tennebaum owns 10% of the LLCs and Defendant Esformes owns 90% of the LLCs.  A related property at Clyde Avenue, is the subject of a separate stipulation approved by Judge Scola in 16-20549-CR-Scola at DE 803.

requests this Court grant this Agreed Motion to Approve Stipulation Regarding Interlocutory Sale of Certain Real Properties, and for such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        RANDY HUMMEL
        ATTORNEY FOR THE UNITED STATES, acting
        Under the authority conferred by 28 USC 515

By:   */s/Susan Torres*
       Susan Torres
       Assistant United States Attorney
       Florida Bar No. 133590
       Jessica Elliot
       Assistant United States Attorney
       Florida Bar No. 89021

       99 N.E. 4th Street – 3rd Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9331
       Facsimile:   (305) 530-7139
       Susan.torres@usdoj.gov
       Counsel for United States of America

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        */s/ Susan Torres*
        Susan Torres
        Assistant United States Attorney