UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-23148-CV-Williams

UNITED STATES OF AMERICA

      Plaintiff,

vs.

PHILIP ESFORMES,

      Defendant.
_____/

## UNOPPOSED MOTION OF BUSINESS ENTITY FOR APPROVAL OF CONTRACT TO SELL ALF DOING BUSINESS AS NORTH MIAMI RETIREMENT LIVING

Business entity Jene's Retirement Investors Ltd. (owns ALF North Miami Retirement Living) ("Business Entity"), files its unopposed motion for approval of a contract to sell the adult living facility doing business as North Miami Retirement Living. In support, Business Entity states as follows:

Certain business entities, including Movant, entered into a Stipulation Regarding Interlocutory Sale of Certain Real Properties and Related Business Interests in this case ("Stipulation") (DE 108-1). This Court entered an Order approving that Stipulation (DE 113).

Business Entity marketed the sale of the ALF North Miami Retirement Living pursuant to the Stipulation. The Stipulation requires that the Court approve any offers to purchase assets subject to the Stipulation. See ¶ 13 of Stipulation. This Unopposed Motion seeks such approval.

Cushman & Wakefield, the agreed broker for the sale of assets subject to the Stipulation, solicited and received written offers to purchase the ALF at issue in this Motion. The successful bidder is RG Realty Investments Inc. ("RG Realty"). The proposed purchase price is as follows: $882,000. Business Entity and RG Realty entered into a Commercial Sale Contract or about May 14, 2018. Robert Gomez, on behalf of RG Realty, presented information to the Government, upon

which the Government is relying, regarding the lack of present and future involvement by Philip Esformes and associated individuals and entities.

Time is of the essence in this transaction. Business Entity asks that the Court enter an Order approving this purchase and sale contract at its earliest convenience so that the transaction can be pushed forward to closing.

For all of the foregoing reasons, Business Entity asks the Court to enter an Order approving the sale of the ALF to RG Realty. Undersigned counsel for Business Entity has conferred with counsel for Philip Esformes and has been advised that Philip Esformes agrees that this motion should be granted. Undersigned counsel has conferred with counsel for the Government and has been advised that the Government does not oppose this Motion.

Dated this 26th day of June, 2018.

*BUSINESS ENTITY:* Jene's Retirement Investors, Ltd. (owns ALF North Miami Retirement Living)

*/s/ Guy A. Rasco*

Guy A. Rasco, Esq. (F.B.N. 727520)
Averil Andrews, Esq., FBN 105700
*Attorneys for Business Entity*
2800 Ponce de Leon Blvd. Suite 1400
Coral Gables, Florida 33134
Telephone: (305) 374-8200
Email: grasco@devinegoodman.com
aandrews@devinegoodman.com

And of Counsel:

Harvey M. Tettlebaum Esq.
Brian G. Flood, Esq.
Husch Blackwell, LLP
Attorneys for Business Entity
235 East High Street, P.O. Box 1251
Jefferson City, MO 65102-1251
Tel: (573) 761-1107
Email: harvey.tettlebaum@huschblackwell.com
*Appearing Pro Hac Vice*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2018, the foregoing document was electronically filed with the Clerk of Court by utilizing the CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

Guy A. Rasco

3

DEVINE GOODMAN RASCO & WATTS-FITZGERALD, LLP
2800 PONCE DE LEON BOULEVARD | SUITE 1400 | CORAL GABLES, FLORIDA 33134 | P 305.374.8200 | F 305.374.8208

## SERVICE LIST

| | | |
|---|---|---|
| **Alison W. Lehr, Esq.**<br>**Susan Torres, Esq.**<br>Assistant United States Attorney<br>Southern District of Florida<br>99 N.E 4th Street, Suite 700<br>Miami, FL 33132<br>Tel: (305) 961-9176<br>Email:<br>Alison.Lehr@usdoj.gov<br>Susan.Torres@usdoj.gov<br>***Counsel for Plaintiff*** | **Elizabeth Young, Esq.**<br>U.S. Department of Justice<br>601 D Street NW Room 9237<br>Washington, DC 20530<br>Tel: (202) 532-4311<br>Email:<br>elizabeth.young@usdoj.gov<br>***Counsel for Plaintiff*** | **Samuel Joseph Rabin, Jr., Esq.**<br>**Samuel J. Rabin, Esq.**<br>800 Brickell Avenue, Suite 1400<br>Miami, Florida 33131<br>Tel. (305) 358-1064<br>Email: sjr@miamilawyer.com<br>***Counsel for Odette Bracha*** |
| **Orlando do Campo, Esq.**<br>Do Campo & Thornton, P.A.<br>Chase Bank Building<br>150 S.E. 2nd Avenue, Suite 602<br>Miami, Florida 33131<br>Tel: (305) 358-6600<br>Email: od@dandtlaw.com<br>***Counsel for Arnaldo Carmouze*** | **Michael S. Pasano, Esq.**<br>Carlton Fields - Miami Tower<br>100 S.E. Second Street, Suite 4200<br>Miami, Florida 33131<br>Tel. (305) 530-0050;<br>Fax: (305) 530-0055<br>Email:<br>mpasano@carltonfields.com<br>***Counsel for Philip Esformes*** | **Marissel Descalzo, Esq.**<br>Tache, Bronis, Christianson and Descalzo, P.A.<br>150 S.E. Second Ave., Suite 600<br>Miami, FL 33131<br>Tel: 305-537-9565;<br>Fax: 305-537-9567<br>Email: mdescalzo@tachebronis.com<br>***Counsel for Philip Esformes*** |
| **Roy Black, Esq.**<br>**Howard Srebnick, Esq.**<br>**Jackie Perczek, Esq.**<br>Black Srebnick Kornspan & Stumpf, P.A.<br>201 South Biscayne Boulevard, Suite 1300<br>Miami, Florida 33131<br>Tel: (305) 371-6421;<br>Fax: (305) 358-2006<br>Email:<br>Rblack@royblack.com<br>hsrebnick@royblack.com<br>jperczek@royblack.com<br>***Counsel for Philip Esformes*** | **Susan Torres, Esq.**<br>United States Attorney's Office<br>99 NE 4th Street<br>Miami, FL 33132<br>Tel: (305) 961-9176<br>Fax: (305) 536-7599<br>Email: susan.torres@usdoj.gov<br>***Counsel for Plaintiff***<br><br>**Nalina Sombuntham, Esq.**<br>Assistant United States Attorney<br>99 NE 4th Street, 7th Floor<br>Miami, FL 33132<br>Tel: (305) 961-9224<br>Fax: (305) 536-7599<br>Email:<br>nalina.sombuntham.usdoj.gov<br>***Counsel for Plaintiff*** | **Jessica Elise Elliott, Esq.**<br>United States Attorney's Office<br>99 NE 4th Street<br>Miami, FL 33132<br>Tel: (305) 961-9335<br>Fax: (305) 536-7599<br>Email: jessica.elliott@usdoj.gov<br>***Counsel for Plaintiff*** |

DEVINE GOODMAN RASCO & WATTS-FITZGERALD, LLP
2800 PONCE DE LEON BOULEVARD | SUITE 1400 | CORAL GABLES, FLORIDA 33134 | P 305.374.8200 | F 305.374.8208