UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23148-CIV-WILLIAMS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PHILIP ESFORMES,

        Defendant..
_____/

**AGREED MOTION FOR COURT APPROVAL OF SPECIFICS OF SALES
IN ACCORDANCE WITH STIPULATION**

The United States of America, in agreement with Philip Esformes (individually and as 90% owner of LLCs) and Jason Tennenbaum (individually and as 10% owner of LLCs), through counsel, move that the Court approve the specifics of the sales of certain properties located in Chicago, Illinois, as the United States has approved the specifics in accordance with the terms of the Stipulation Regarding Interlocutory Sale of Certain Real Properties, filed of record at Docket Entry 169-1. In support of this motion, the United States respectfully submits:

**Background**

Various assets owned or controlled, in whole or in part by Defendant, Philip Esformes, are subject to this Court's restraint [DE 11]. Defendant Esformes, individually and as 90% owner of certain LLCs, along with Jason Tennenbaum, individually and as 10% owner of certain LLCs, along with the United States, entered into a Stipulation Regarding Interlocutory Sale of Certain Properties [DE 169-1] which Stipulation was approved by this Court [DE 171]. The properties, all "owned" by the LLCs and located in Chicago, that are the subject of this motion are: (a) 6811 South Paxton

1

Avenue, Chicago, Illinois; (b) 7337-43 Ridgeland Avenue, Chicago, Illinois; (c) 7801 S. Bennett Avenue, Chicago, Illinois; (d) 7040-7050 S. Merrill Avenue, Chicago, Illinois; (e) 6148-54 S. Sacramento Avenue, Chicago, Illinois; (f) 6155-59 S. Sacramento Avenue, Chicago, Illinois; (g) 6154-58S. Richmond Avenue, Chicago, Illinois; (h) 6710 S. Claremont Avenue, Chicago, Illinois; and (i) 7919-25 S. Wood Street, Chicago, Illinois ("the bundled properties").

The United States is advised that the sales of the bundled properties are ready to be closed as is the sale of a related property.[1]

Mr. Tennenbaum, as minority owner of each of the LLCs and has, through counsel, communicated certain specifics of the offers and the United States has approved the sale to Ernst LLC in accordance with the terms and conditions contained in the Stipulation [DE 169-1].  In addition, the United States has tentatively approved the terms of the Disbursement Statements from Chicago Title and Trust dated September 4, 2018 and received by counsel for the United States and counsel for Esformes on that same date. The sale price for the bundled properties and the net proceeds, are as follows:

(a) 6811 South Paxton Avenue, Chicago, Illinois: Price $1,468,990.00; Proceeds $50,255.49.

(b) 7337-43 Ridgeland Avenue, Chicago, Illinois: Price $977,024.00; Proceeds $362,176.89.

(c) 7801 S. Bennett Avenue, Chicago, Illinois: Price: $671,007.00; Proceeds $48,384.94.

(d) 7040-7050 S. Merrill Avenue, Chicago, Illinois: Price $1,016,268.00; Proceeds $361,507.49.

---

[1] One Chicago property, identified as directly subject to forfeiture, is subject to the Court's Restraining Order in 16-20549-CR-Scola(s)(s)(s) [DE 877]. Approval for the consummation of the intended sale, as it relates to the property at 6849-50 S. Clyde Avenue, Chicago, Illinois ("the related property"), is being sought from Judge Scola.

2

(e) 6148-54 S. Sacramento Avenue, Chicago, Illinois: Price $686,906.00; Proceeds $327,569.12.

(f) 6155-59 S. Sacramento Avenue, Chicago, Illinois: Price $466,981.00; Proceeds $204,246.59.

(g) 6154-58S. Richmond Avenue, Chicago, Illinois: Price $434,064.00; Proceeds $127,134.33.

(h) 6710 S. Claremont Avenue, Chicago, Illinois: Price $2,096,738.00; Proceeds $275,593.50.

(i) 7919-25 S. Wood Street, Chicago, Illinois: Price $740,522.00; Proceeds $253,757.25.

Paragraph 9 of the Stipulation Regarding Interlocutory Sale of Certain Real Properties [DE 169-1, p. 5] provides: "The Parties agree that an offer to purchase all or any portion of the Chicago Properties is also subject to the approval of the Court, which the United States shall seek by joint motion of the Parties upon approval of the United States in the first instance."

## Relief Sought

The United States, Esformes and Tennenbaum seek approval of the specifics of the sales described above and the Disbursement Statements of September 6, 2018 with the net proceeds of the sales and appropriate documents to be furnished to the United States Marshals Service in accordance with paragraph 10 of the Stipulation [DE 169-1]. Such approval is in the interest of justice.

## Rule 7.1 Certification

Counsel for Esformes and for Tennenbaum approve of the relief sought herein.

## Conclusion

WHEREFORE, for the foregoing reasons and for good cause shown, the United States moves that this Court approve the sales in accordance with the relevant terms, and for such other

and further relief as this Court deems just and proper.

        Respectfully submitted,

        RANDY HUMMEL
        ATTORNEY FOR THE UNITED STATES, acting
        Under the authority conferred by 28 USC 515

By:   */s/ Alison W. Lehr*
      Alison W. Lehr
      Assistant United States Attorney
      Fla. Bar No. 444537/ WA Bar 15813
      99 N.E. 4th Street - 7th Floor
      Miami, Florida   33132
      Telephone: (305) 961-9176
      Fax: (305) 536-7599
      Alison.Lehr@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        */s/ Alison W. Lehr*
        Alison W. Lehr
        Assistant United States Attorney