# CHECKS PAYABLE TO
# PHILIP ESFORMES NOT NEGOTIATED
# AS OF AUGUST 27, 2018

| Date | Source | Amount |
|---|---|---|
| 8/1/16 | Terrace of Daytona Beach #19097 | $ 12,200.00 |
| 9/1/16 | Terrace of Daytona Beach #19107 | 12,200.00 |
| 102/16 | Terrace of Daytona Beach #19117 | 12,200.00 |
| 11/1/16 | Terrace of Daytona Beach #19127 | 12,200.00 |
| 12/1/16 | Terrace of Daytona Beach #19137 | 12,200.00 |
| 1/4/17 | Terrace of Daytona Beach #19147 | 12,200.00 |
| 2/1/17 | Terrace of Daytona Beach #19157 | 12,200.00 |
| 3/1/17 | Terrace of Daytona Beach #19167 | 12,200.00 |
| 3/31/17 | Terrace of Daytona Beach #19177 | 12,200.00 |
| 5/2/17 | Terrace of Daytona Beach #19187 | 12,200.00 |
| 6/1/17 | Terrace of Daytona Beach #19197 | 12,200.00 |
| 7/1/17 | Terrace of Daytona Beach #19207 | 12,200.00 |
| 8/1/17 | Terrace of Daytona Beach #19217 | 12,200.00 |
| 9/1/17 | Terrace of Daytona Beach #19227 | 12,200.00 |
| 10/1/17 | Terrace of Daytona Beach #19237 | 12,200.00 |
| 11/1/17 | Terrace of Daytona Beach #19247 | 12,200.00 |
| 12/1/17 | Terrace of Daytona Beach #19257 | 12,200.00 |
| 1/1/18 | Terrace of Daytona Beach #19267 | 12,200.00 |
| 2/1/18 | Terrace of Daytona Beach #19346 | 12,200.00 |
| 3/1/18 | Terrace of Daytona Beach #19356 | 12,200.00 |
| 4/1/18 | Terrace of Daytona Beach #19366 | 12,200.00 |
| 5/1/18 | Terrace of Daytona Beach #19376 | 12,200.00 |
| 6/1/18 | Terrace of Daytona Beach #19386 | 12,200.00 |
| 7/1/18 | Terrace of Daytona Beach #19407 | 12,200.00 |
| 8/1/18 | Terrace of Daytona Beach #19417 | 12,200.00 |
| 8/3/16 | 808 Colley #1274 | 8,100.00 |
| 9/6/16 | 808 Colley #1275 | 8,100.00 |
| 10/5/16 | 808 Colley #1279 | 8,100.00 |
| 11/2/16 | 808 Colley #1289 | 8,100.00 |
| 12/2/16 | 808 Colley #1299 | 8,100.00 |

| Date | Description | Amount |
|---|---|---|
| 1/3/17 | 808 Colley #1309 | 8,100.00 |
| 2/3/17 | 808 Colley #1318 | 8,100.00 |
| 3/3/17 | 808 Colley #1330 | 8,100.00 |
| 4/3/17 | 808 Colley #1340 | 8,100.00 |
| 5/2/17 | 808 Colley #1350 | 8,100.00 |
| 6/7/17 | 808 Colley #1361 | 8,100.00 |
| 7/1/17 | 808 Colley #1371 | 8,100.00 |
| 8/1/17 | 808 Colley #1380 | 8,100.00 |
| 9/1/17 | 808 Colley #1390 | 8,100.00 |
| 10/1/17 | 808 Colley #1400 | 8,100.00 |
| 11/1/17 | 808 Colley #1410 | 8,100.00 |
| 12/1/17 | 808 Colley #1420 | 8,100.00 |
| 1/2/18 | 808 Colley #1430 | 8,100.00 |
| 2/1/18 | 808 Colley #1440 | 8,100.00 |
| 3/1/18 | 808 Colley #1451 | 8,100.00 |
| 4/1/18 | 808 Colley #1461 | 8,100.00 |
| 5/1/18 | 808 Colley #1472 | 8,100.00 |
| 6/1/18 | 808 Colley #1482 | 8,100.00 |
| 7/1/18 | 808 Colley #1492 | 8,100.00 |
| 8/1/18 | 808 Colley #1502 | 8,100.00 |
| 8/3/16 | Jaxec Real Estate #1186 | 14,560.00 |
| 9/6/16 | Jaxec Real Estate #1187 | 14,560.00 |
| 10/5/16 | Jaxec Real Estate #1194 | 14,560.00 |
| 11/2/16 | Jaxec Real Estate #1197 | 14,560.00 |
| 12/5/16 | Jaxec Real Estate #1204 | 14,560.00 |
| 1/4/17 | Jaxec Real Estate #1211 | 14,560.00 |
| 2/3/17 | Jaxec Real Estate #1218 | 14,560.00 |
| 3/6/17 | Jaxec Real Estate #1225 | 14,560.00 |
| 4/4/17 | Jaxec Real Estate #1232 | 14,560.00 |
| 5/2/17 | Jaxec Real Estate #1239 | 14,560.00 |
| 6/7/17 | Jaxec Real Estate #1246 | 14,560.00 |
| 7/1/17 | Jaxec Real Estate #1253 | 14,560.00 |
| 8/1/17 | Jaxec Real Estate #1260 | 14,560.00 |
| 9/1/17 | Jaxec Real Estate #1267 | 14,560.00 |
| 10/1/17 | Jaxec Real Estate #1274 | 14,560.00 |
| 11/1/17 | Jaxec Real Estate #1281 | 14,560.00 |
| 12/1/17 | Jaxec Real Estate #1288 | 14,560.00 |

| Date | Description | Amount |
|---|---|---|
| 1/3/18 | Jaxec Real Estate #1295 | 14,560.00 |
| 2/1/18 | Jaxec Real Estate #1302 | 14,560.00 |
| 3/1/18 | Jaxec Real Estate #1309 | 14,560.00 |
| 4/1/18 | Jaxec Real Estate #1316 | 14,560.00 |
| 5/1/18 | Jaxec Real Estate #1323 | 14,560.00 |
| 6/1/18 | Jaxec Real Estate #1330 | 14,560.00 |
| 7/1/18 | Jaxec Real Estate #1337 | 14,560.00 |
| 8/1/18 | Jaxec Real Estate #1344 | 14,560.00 |
| 8/3/16 | Orpec Real Estate #1186 | 22,050.00 |
| 9/6/16 | Orpec Real Estate #1187 | 22,050.00 |
| 10/5/16 | Orpec Real Estate #1190 | 22,050.00 |
| 11/2/16 | Orpec Real Estate #1197 | 22,050.00 |
| 12/5/16 | Orpec Real Estate #1204 | 22,050.00 |
| 1/4/17 | Orpec Real Estate #1211 | 22,050.00 |
| 2/3/17 | Orpec Real Estate #1218 | 22,050.00 |
| 3/6/17 | Orpec Real Estate #1225 | 22,050.00 |
| 4/4/17 | Orpec Real Estate #1232 | 22,050.00 |
| 5/2/17 | Orpec Real Estate #1239 | 22,050.00 |
| 6/7/17 | Orpec Real Estate #1246 | 22,050.00 |
| 7/1/17 | Orpec Real Estate #1253 | 22,050.00 |
| 8/1/17 | Orpec Real Estate #1260 | 22,050.00 |
| 9/1/17 | Orpec Real Estate #1267 | 22,050.00 |
| 10/1/17 | Orpec Real Estate #1274 | 22,050.00 |
| 11/1/17 | Orpec Real Estate #1281 | 22,050.00 |
| 12/1/17 | Orpec Real Estate #1288 | 22,050.00 |
| 1/3/18 | Orpec Real Estate #1295 | 22,050.00 |
| 2/1/18 | Orpec Real Estate #1302 | 22,050.00 |
| 3/1/18 | Orpec Real Estate #1309 | 22,050.00 |
| 4/1/18 | Orpec Real Estate #1316 | 22,050.00 |
| 5/1/18 | Orpec Real Estate #1323 | 22,050.00 |
| 6/1/18 | Orpec Real Estate #1330 | 22,050.00 |
| 7/1/18 | Orpec Real Estate #1337 | 22,050.00 |
| 8/1/18 | Orpec Real Estate #1344 | 22,050.00 |
| 8/3/16 | WCC Real Estate #1188 | 17,100.00 |
| 9/2/16 | WCC Real Estate #1189 | 17,100.00 |
| 10/5/16 | WCC Real Estate #1192 | 17,100.00 |
| 11/2/16 | WCC Real Estate #1199 | 17,100.00 |

| Date | Description | Amount |
|---|---|---|
| 12/5/16 | WCC Real Estate #1206 | 17,100.00 |
| 1/4/17 | WCC Real Estate #1213 | 17,100.00 |
| 2/3/17 | WCC Real Estate #1220 | 17,100.00 |
| 3/1/17 | WCC Real Estate #1227 | 17,100.00 |
| 4/4/17 | WCC Real Estate #1234 | 17,100.00 |
| 5/2/17 | WCC Real Estate #1241 | 17,100.00 |
| 6/7/17 | WCC Real Estate #1248 | 17,100.00 |
| 7/1/17 | WCC Real Estate #1255 | 17,100.00 |
| 8/1/17 | WCC Real Estate #1262 | 17,100.00 |
| 9/1/17 | WCC Real Estate #1269 | 17,100.00 |
| 10/1/17 | WCC Real Estate #1280 | 17,100.00 |
| 11/1/17 | WCC Real Estate #1287 | 17,100.00 |
| 12/1/17 | WCC Real Estate #1294 | 17,100.00 |
| 1/3/18 | WCC Real Estate #1297 | 17,100.00 |
| 2/1/18 | WCC Real Estate #1304 | 17,100.00 |
| 3/1/18 | WCC Real Estate #1311 | 17,100.00 |
| 4/1/18 | WCC Real Estate #1318 | 17,100.00 |
| 5/1/18 | WCC Real Estate #1325 | 17,100.00 |
| 6/1/18 | WCC Real Estate #1332 | 17,100.00 |
| 7/1/18 | WCC Real Estate #1339 | 17,100.00 |
| 8/1/18 | WCC Real Estate #1346 | 17,100.00 |
| 8/3/16 | WCCRE Citrus #1147 | 14,000.00 |
| 9/6/16 | WCCRE Citrus #1148 | 14,000.00 |
| 10/5/16 | WCCRE Citrus #1151 | 14,000.00 |
| 11/2/16 | WCCRE Citrus #1158 | 14,000.00 |
| 12/1/16 | WCCRE Citrus #1165 | 14,000.00 |
| 1/4/17 | WCCRE Citrus #1172 | 14,000.00 |
| 2/3/17 | WCCRE Citrus #1179 | 14,000.00 |
| 3/6/17 | WCCRE Citrus #1186 | 14,000.00 |
| 4/4/17 | WCCRE Citrus #1193 | 14,000.00 |
| 5/2/17 | WCCRE Citrus #1200 | 14,000.00 |
| 6/7/17 | WCCRE Citrus #1208 | 14,000.00 |
| 7/1/17 | WCCRE Citrus #1215 | 14,000.00 |
| 8/1/17 | WCCRE Citrus #1222 | 14,000.00 |
| 9/1/17 | WCCRE Citrus #1229 | 14,000.00 |
| 10/1/17 | WCCRE Citrus #1236 | 14,000.00 |
| 11/1/17 | WCCRE Citrus #1243 | 14,000.00 |

| Date | Description | Amount |
|---|---|---|
| 12/1/17 | WCCRE Citrus #1250 | 14,000.00 |
| 1/3/18 | WCCRE Citrus #1257 | 14,000.00 |
| 2/1/18 | WCCRE Citrus #1264 | 14,000.00 |
| 3/1/18 | WCCRE Citrus #1276 | 14,000.00 |
| 4/1/18 | WCCRE Citrus #1279 | 14,000.00 |
| 5/1/18 | WCCRE Citrus #1286 | 14,000.00 |
| 6/1/18 | WCCRE Citrus #1293 | 14,000.00 |
| 7/1/18 | WCCRE Citrus #1300 | 14,000.00 |
| 8/1/18 | WCCRE Citrus #1307 | 14,000.00 |
| 8/3/16 | WECRE Deland #1085 | 16,640.00 |
| 9/2/16 | WECRE Deland #1086 | 16,640.00 |
| 10/5/16 | WECRE Deland #1089 | 16,640.00 |
| 11/2/16 | WECRE Deland #1093 | 16,640.00 |
| 12/1/16 | WECRE Deland #1097 | 16,640.00 |
| 1/4/17 | WECRE Deland #1101 | 16,640.00 |
| 2/3/17 | WECRE Deland #1105 | 16,640.00 |
| 3/6/17 | WECRE Deland #1109 | 16,640.00 |
| 4/4/17 | WECRE Deland #1112 | 16,640.00 |
| 5/2/17 | WECRE Deland #1118 | 16,640.00 |
| 6/7/17 | WECRE Deland #1122 | 16,640.00 |
| 7/1/17 | WECRE Deland #1126 | 16,640.00 |
| 8/1/17 | WECRE Deland #1131 | 16,640.00 |
| 9/1/17 | WECRE Deland #1135 | 16,640.00 |
| 10/1/17 | WECRE Deland #1139 | 16,640.00 |
| 11/1/17 | WECRE Deland #1144 | 16,640.00 |
| 12/1/17 | WECRE Deland #1147 | 16,640.00 |
| 1/3/18 | WECRE Deland #1152 | 16,640.00 |
| 2/1/18 | WECRE Deland #1156 | 16,640.00 |
| 3/1/18 | WECRE Deland #1163 | 16,640.00 |
| 4/1/18 | WECRE Deland #1168 | 16,640.00 |
| 5/1/18 | WECRE Deland #1174 | 16,640.00 |
| 6/1/18 | WECRE Deland #1179 | 16,640.00 |
| 7/1/18 | WECRE Deland #1184 | 16,640.00 |
| 8/1/18 | WECRE Deland #1189 | 16,640.00 |
|  | Sub Total | 2,616,250.00 |

| | | |
|---|---|---:|
| 7/31/16 | Terrace of Kissimmee #7109 | 35,010.00 |
| 7/31/16 | Terrace of St. Cloud #7173 | 19,255.50 |
| | Total | $2,670,515.50 |

## CHECKS PAYABLE TO
## PHILIP ESFORMES INC. NOT NEGOTIATED

| | | |
|---|---|---:|
| 7/31/16 | Terrace of Kissimmee #7110 | 15,000.00 |
| 7/31/16 | Fountain Manor #12452 | 37,100.00 |
| 7/31/16 | Hobe Sound #11808 | 71,750.00 |
| 7/31/16 | St. Cloud #7174 | 17,500.00 |
| | Total | $141,350.00 |

**GRAND TOTAL OF ALL CHECKS HELD FOR THE BENEFIT OF PHILIP ESFORMES**   $2,811,865.50