**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 16-23148-CIV-WILLIAMS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PHILIP ESFORMES,

Defendant.
___________________________________/

**AGREED JOINT MOTION BY CIVIL INTERVENORS AND INTERIM FINANCIAL MANAGER TO TERMINATE THE INTERIM FINANCIAL MANAGER AGREEMENT**

The Civil Intervenors[1] and Joseph D. Mitchell, the Interim Financial Manager ("IFM"), with the agreement of the United States and Defendant Philip Esformes, file their joint motion to terminate the Interim Financial Manager Agreement ("IFMA"). In support, the Civil Intervenors and IFM state as follows:

1. This Court required the Parties to designate an Interim Manager of certain skilled nursing facilities and assisted living facilities. (DE 20). The Parties entered into the IFMA (DE 35-1), which the Court approved (DE 37).

[1] The 22 Civil Intervenors include Adirhu Associates LLC; ADME Investment Partners LTD d/b/a Oceanside Extended Care; ALF Holdings Inc.; Almovea Associates LLC d/b/a North Dade Nursing and Rehabilitation Center; Ayintove Associates LLC d/b/a Harmony Health Center; Courtyard Manor Retirement Investors Ltd.; Courtyard Manor Retirement Living, Inc.; Fair Havens Center, LLC; Eden Gardens LLC; Flamingo Park Manor LLC d/b/a The Pointe; Jene's Retirement Living, Inc. d/b/a North Miami Retirement Living; Kabirhu Associates LLC d/b/a Golden Glades Nursing and Rehabilitation Center; La Hacienda Gardens LLC; Lake Erswin LLC d/b/a South Hialeah Manor; Lauderhill Manor LLC; Morsey LC; The Pointe Retirement Investors Ltd.; Rainbow Retirement Investors Ltd.; Jene's Retirement Investors Ltd.; Sefardik Associates, LLC d/b/a The Nursing Center at Mercy; Sierra ALF Management LLC; and Takifhu Associates LLC d/b/a South Dade Nursing and Rehabilitation Center. For purposes of this Motion the Civil Intervenors will also include Terrace of Kissimmee, LLC; and Terrace of St. Cloud, LLC, both of whom are parties to the IFMA. DE 35-1.

2. The assets of the Civil Intervenors have been sold and none of the entities currently operates a licensed skilled nursing or assisted living facility. The Civil Intervenors are winding down their business affairs.

3. As required by the IFMA, the IFM is continuing his responsibility to file reports, despite the fact that there is very little, if any, material financial activity to report. The ongoing expense of paying the IFM is a waste of the Civil Intervenors' resources and there is no longer a need for the IFMA.

4. For all of the foregoing reasons, the Civil Intervenors and the IFM ask the Court to enter an order terminating the IFMA and discharging the IFM from any further duties or obligations arising under the IFMA. Undersigned counsel has conferred with counsel for the United States and Philip Esformes and has been advised that they agree to the relief sought in this Motion.

Dated this 11th day of December, 2020.

Respectfully submitted,

*/s Michael J. Bittman*
Michael J. Bittman, Esq.
Florida Bar Number: 347132
Nelson Mullins Broad and Cassel
390 North Orange Avenue
Suite 1400
Orlando, FL 32801
Tele: 407.839.4282
Mike.Bittman@nelsonmullins.com
*Attorney for Interim Financial Manager*

*/s/ Guy A. Rasco*
Guy A. Rasco, Esq.
Florida Bar Number: 727520
*Attorneys for Civil Intervenors*
2800 Ponce de Leon Blvd. Suite 1400
Coral Gables, Florida 33134
Telephone: (305) 374-8200
Email: grasco@devinegoodman.com
*Attorneys for Civil Intervenors: Adirhu Associates LLC; ADME Investment Partners LTD d/b/a Oceanside Extended Care; ALF Holdings Inc.; Almovea Associates LLC d/b/a North Dade Nursing and Rehabilitation Center; Ayintove Associates LLC d/b/a Harmony Health Center; Courtyard Manor Retirement Investors Ltd.; Courtyard Manor Retirement Living, Inc.; Fair*

*Havens Center, LLC; Eden Gardens LLC; Flamingo Park Manor LLC d/b/a The Pointe; Jene's Retirement Living, Inc. d/b/a North Miami Retirement Living; Kabirhu Associates LLC d/b/a Golden Glades Nursing and Rehabilitation Center; La Hacienda Gardens LLC; Lake Erswin LLC d/b/a South Hialeah Manor; Lauderhill Manor LLC; Morsey LC; The Pointe Retirement Investors Ltd.; Rainbow Retirement Investors Ltd.; Jene's Retirement Investors Ltd.; Sefardik Associates, LLC d/b/a The Nursing Center at Mercy; Sierra ALF Management LLC; Takifhu Associates LLC d/b/a South Dade Nursing and Rehabilitation Center, Terrace of Kissimmee LLC; and Terrace of St. Cloud, LLC*

And of Counsel:

Harvey M. Tettlebaum Esq.
Brian G. Flood, Esq.
Husch Blackwell, LLP
Attorneys for Business Entities
235 East High Street, P.O. Box 1251
Jefferson City, MO 65102-1251
Tel: (573) 761-1107
Email: harvey.tettlebaum@huschblackwell.com
*Appearing Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of December, 2020, the foregoing document was electronically filed with the Clerk of Court by utilizing the CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Guy A. Rasco*
Guy A. Rasco



Devine Goodman & Rasco, LLP 2800 Ponce De Leon Boulevard, Suite 1400, Coral Gables, Florida 33134 P 305.374.8200 F 305.374.8208