UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-23148-Rosenberg/Torres

UNITED STATES OF AMERICA,

     Plaintiff,

v.

PHILIP ESFORMES,

     Defendant.

_____/

## UNITED STATES' STATUS REPORT

In accordance with the Court's Order dated August 15, 2023 (ECF No. 322), the United States hereby files this Status Report to apprise the Court of the steps taken to assert claims against the assets subject to the Preliminary Injunction and the status of any related proceedings. The last status update was filed January 31, 2025 (ECF No. 330).

## BACKGROUND

In this action pursuant to 18 U.S.C. § 1345, the Court entered a Stipulated Preliminary Injunction (the "PI," ECF No. 217) on November 13, 2018, freezing assets of Defendant Philip Esformes pending his criminal prosecution. On April 5, 2019, Esformes was convicted of healthcare fraud, illegal kickbacks, and money laundering, and though his prison sentence was later commuted by President Donald Trump, his convictions were affirmed by the U.S. Court of Appeals for the Eleventh Circuit on January 6, 2023. As part of its decision, the Eleventh Circuit also affirmed the restitution and forfeiture judgments entered against Esformes. The United States of America (hereinafter, the "United States" or the "Government") has since been taking steps to apply Mr. Esformes' frozen assets towards the restitution judgment in the corresponding criminal

matter, *U.S. v. Philip Esformes*, Case No. 16-20549-CR-Scola. The United States has also been taking steps to forfeit certain assets belonging to Mr. Esformes and apply those towards satisfying the forfeiture money judgment imposed against him as part of his sentence in the criminal case.

## STATUS

1.      On February 22, 2024, Defendant Philip Esformes entered a guilty plea before the Honorable Judge Robert N. Scola in the criminal case (*see U.S. v. Philip Esformes*, Case No. 16-20549-CR-Scola, ECF No. 1734). A Judgment has been entered (ECF No. 1734), and the remaining issues in the case are now limited to the restitution and forfeiture judgments, which have not yet been satisfied.

2.      Defendant's former spouse, Sherri Esformes, filed a claim on Tuesday, January 28, 2025, for the remaining assets which have been preliminarily forfeited in the criminal case. These assets are the last ones remaining under the criminal restraining order. The United States filed its motion to dismiss Ms. Esformes's claim on February 4, 2025 (*U.S. v. Philip Esformes*, Case No. 16-20549-CR-Scola, ECF No. 1754), Ms. Esformes filed her response, and the United States filed its reply on March 7, 2025. The motion to dismiss remains pending.

3.      Mr. Esformes has agreed to satisfy the restitution judgment. On April 30, 2025, the United States filed an unopposed motion for turnover of assets (*U.S. v. Philip Esformes*, Case No. 16-20549-CR-Scola, ECF No. 1766), requesting authorization for the U.S. Marshals Service and Centers for Medicare and Medicaid Services to turn over funds in their custody, and belonging to Defendant Philip Esformes, to be applied towards the criminal restitution judgment.

4.      As background, on November 21, 2019, the judgment in the criminal case was amended to include restitution in the amount of $5,530,207 (Case No. 16-20549-CR-Scola, ECF No. 1459), and a forfeiture money judgment for $38,700,795 was also entered against Esformes

(Case No. 16-20549-CR-Scola, ECF No. 1455). A Final Order of Forfeiture of Directly Forfeitable Assets was entered in the criminal case on May 11, 2022 (ECF No. 1645). A First Preliminary Order of Forfeiture of Substitute Property (ECF No. 1583) was entered in the criminal case on August 4, 2021.

5.      On February 28, 2024, the Court issued a Second Preliminary Order of Forfeiture of Directly Forfeitable Assets (ECF No. 1733), which is still pending, and on April 9, 2024, the Court issued a Final Order of Forfeiture of First Substitute Property (ECF No. 1738). Pursuant to these orders, the United States has finally forfeited approximately $14 million in assets listed in the Third Superseding Indictment and Ex Parte Restraining Order (ECF No. 877) to be applied towards the $38,700,796 forfeiture money judgment (ECF No. 1455) imposed against the Defendant. The United States has preliminarily forfeited, subject to third-party interests, all of the remaining assets listed in the Third Superseding Indictment and Ex Parte Restraining Order, which it values at approximately $15 million. At this time, the Second Preliminary Order of Forfeiture of Directly Forfeitable Assets (ECF No. 1733) is still pending a final order of forfeiture because there are still claims which have not yet been resolved.

6.      If the United States prevails against third-party interests contesting the preliminary forfeiture of the remaining assets, including the recent claim by Sherri Esformes, there will be an approximately $9 million outstanding balance remaining for the forfeiture money judgment after all the assets in the Third Superseding Indictment and Ex Parte Restraining Order are disposed. Thus, those assets will be insufficient to cover the amount of the Forfeiture Money Judgment. The United States is also aware of some additional assets belonging to the Defendant that were not listed in the Third Superseding Indictment and Ex Parte Restraining Order. The civil restraining order should remain in place over the Defendant's assets until these outstanding issues are resolved

to preserve the United States' ability to satisfy the balances on the restitution and forfeiture judgments.

7.      The November 13, 2018 PI remains in place to protect the Medicare Trust Fund and the public interest from dissipation of assets during the pendency of the restitution and forfeiture proceedings.

DATED: May 1, 2025                                Respectfully submitted,


                                                 **HAYDEN P. O'BYRNE**
                                                 **UNITED STATES ATTORNEY**

                        By:      *Clarissa Pinheiro*
                                 CLARISSA PINHEIRO
                                 Assistant United States Attorney
                                 Florida Bar No. 0056784
                                 U.S. Attorney's Office
                                 99 N.E. 4th Street, Suite 300
                                 Miami, Florida 33132
                                 Telephone: (305) 961-9310
                                 Email: Clarissa.Pinheiro@usdoj.gov

                                 ***Counsel for United States***